UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

WE THE PEOPLE

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

The Executive Administrations for the United States of America

*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

**Complaint for a Civil Case**

Case No.
*(to be assigned by Clerk of District Court)*

Plaintiff requests trial by jury:
☐ Yes ☐ No

**CIVIL COMPLAINT**

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name ____________________
Street Address ____________________
City and County ____________________
State and Zip Code ____________________
Telephone Number ____________________
E-mail Address ____________________

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name ____________________
Job or Title ____________________
Street Address ____________________
City and County ____________________
State and Zip Code ____________________
Telephone Number ____________________
E-mail Address ____________________

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A. Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

### C. Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1. The Plaintiff(s)

The plaintiff, *(name)* ______________________________, is a citizen of the State of *(name)* ________________________________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

If the defendant is an individual

The defendant, *(name)* ______________________________, is a citizen

of the State of *(name)* ______________________________ *Or* is a citizen

of *(foreign nation)* ______________________________.

If the defendant is a corporation

The defendant, *(name)* ______________________________.

is incorporated under the laws of the State of *(name)*

______________________________, and has its principal place of

business in the State of *(name)* ______________________________ *Or*

is incorporated under the laws of the State of *(foreign nation)*

______________________________, and has its principal place

of business in *(name)* ______________________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

I've matured practicing laws established under Bible, where the Untied States Constitution has authorized Legislation to be divided into a senate and congress whom which has the duty to prescribe the enacting of law and the manner in which such law shall be administered for the Executive body's administrations whom which comprised several seats for such responsiblities so that the legal policy termed under the title of the Preamble, for which I have pledged alligiance to throughout life to be one individual of the security corporation of the United States to be indivisible as the policy states us to be "We the People" that while pursuing happiness in:

1. 1991 until 2003 the department of education for Wayne county, at the city of Detroit, for the state of Michigan educated me in sermans from 8:00a.m. untill 3:00p.m. Monday through friday for nearly 9 months a year. Such education was said to have prepared me for life as an adult in America, or nearly any land mass across the world, and especially, colleges, which they advertise emensly as the driving force for higher learner and financial stability, while accepting loan bills for compensation as they behave as an asset to the United States, causing me to be a child of a parent who was taught to trust strangers employed by the department of education through such a departments individual schools per school zone when such activities fails to keep us indivisble as pledged where the policy forms indivisble as a matter for We the (con't at bottom)

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☐ No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☐ No ☐

Do you claim punitive monetary damages?

Yes ☐ No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ________ day of ____________________, 20 _____.

Signature of Plaintiff(s) __________________________________

__________________________________

People to, at a ends of policy entitled to our constitution as the Preamble, pursue happiness, without causing the practice of legality in the pattern of thought necessary to mature under a sense of security meaningful to establish Justice in the United States of America as a form of religion, provided a grading system munipulatable to the access of the guide provided to such as titled teachers of such a department for such seats of churches titled schools in each individual ownerships for the dividing of the city's children by establishing such zones through school boards, while providing any book besides the Bible, the constitition, the Magna carta, and historic parlimental records for the learning of America's business of Justice.

2. In 2003, after being granted a High School diploma from Detroit Public Schools, I sought to obtain a personal home to enjoy private acts of pursuit alike others whom have the ability to exist protected from the elements within the curtilage of luxoury shelter. Such shelters were established by individuals at a time before my pursuit, that the Department of Housing and Urban development had granted the existence of without causing any such law in force to provide such grant funding as authorized to the legislative body in the form of congress to have prescribed law for such persons indivisible to "We the People" for having such an abilities necessary to provide established luxory shelters for individual pursuits alike myself in any effort to have had administered law in support of the Preamble that such actions would at least secure such to the posterity as I once was, as a matter of 300 years from the establishment of the Constitution, I believed such was to be the cause of me to violate any desire to practice law in the form of thought where I desired what my neighbors had, which is biblically prohibited at the book of Exodus, lasting to my current existing day in Marion County, at the city of Hannibal, in the state of Missouri.

3. From 2003 to 2019 I was caused to pursuit work to afford the same rights as entitled to all citizens of all states, that such work paid a limited minimum wage which did not support such a entitlement as established by the United States Constitution due to the failure to limit the status of the loan bill exchange which appears to be prohibited in the practice of law to the extent for compensation for work,