**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| BRAYON WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>THE EXECUTIVE ADMINISTRATIONS,<br>FOR THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:26-CV-00068 SPM |

**MEMORANDUM AND ORDER**

Self-represented litigant Brayon Williams filed a civil Complaint against the "The Executive Administrations for the United States of America" on September 17, 2026. [ECF No. 1]. Before this case can proceed, Plaintiff must correct two procedural defects: (1) Plaintiff must first provide the Court with a current mailing address and (2) he must file an Application to Proceed in District Court Without Prepaying Fees or Costs or pay the $405 filing fee in this matter. Plaintiff will have 30 days to comply with this Order.

**I. Mailing Address**

Rule 11(a) of the Federal Rules of Civil Procedure requires "[e]very pleading, written motion, and other paper" to state the signer's address, email address, and telephone number. And this Court's Local Rules require self-represented parties to provide the Court with an address, E.D.Mo. L.R. 2.01(A)(1), and promptly notify the Clerk of Court of any change of address. E.D.Mo. L.R. 2.06(B). The requirement to keep a current address on file with the Clerk's Office is clearly stated on the form complaint that Plaintiff used to prepare his Complaint.

Plaintiff does not provide a mailing address on his form Complaint. Instead, he has merely provided an email address and indicated that he is homeless. Plaintiff must, within 30 days of the

date of this Order, provide a mailing address where he will receive Court correspondence.

## II. Filing Fee

This Court must collect a filing fee from a party instituting any civil action, suit, or proceeding. 28 U.S.C. § 1914. But this Court may authorize the commencement of a suit without prepayment of the filing fee if the party files an Application to Proceed in District Court Without Prepaying Fees or Costs that demonstrates his inability to pay. *See* 28 U.S.C. § 1915(a)(1). The requirement to either pay the filing fee or file such application is clearly stated in the form complaint that Plaintiff used to prepare his Complaint.

Plaintiff did not pay the $405 filing fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs. Therefore, Plaintiff must, within 30 days of the date of this Order, either (1) pay the full $405 filing fee or (2) file an Application in District Court Without Prepaying Fees or Costs. This form is available on the Court's website or Plaintiff may get a copy of the form by visiting the Clerk's Office.

Accordingly,

**IT IS HEREBY ORDERED** that **within 30 days of the date of this Order**, Plaintiff must (1) provide a mailing address where he will receive Court correspondence; and (2) pay the $405 filing fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs on the Court's standard form. If Plaintiff fails to timely comply with this Order, the Court will dismiss this case without further notice.

Dated this 22nd day of September, 2026.

SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE